**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Trust, | No. CV-07-8164-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| U.S. Bureau of Reclamation, et al., | |
| Defendants. | |

On October 1, 2010, Plaintiff Grand Canyon Trust filed a motion to vacate portions of this Court's June 29, 2010 summary judgment ruling. Doc. 265. Plaintiff also filed a motion for summary judgment. Doc. 266. On December 2, 2010, Plaintiff filed a motion to withdraw the above motions as a result of federal Defendants' issuance of a new biological opinion. Doc. 275. Defendants and Intervenor-Defendants do not oppose withdrawal. Doc. 280 at 2:26-27; Doc. 281. Accordingly, the Court will grant the withdrawal by denying the motions without prejudice as moot.

Plaintiff also moves anew to vacate parts of this Court's June 29 summary judgment ruling. Doc. 276. Defendants and Intervenor-Defendants oppose. Docs. 280, 281. Plaintiff has yet to file a reply. The Court will issue a separate order addressing the renewed motion to vacate in due course.

**IT IS ORDERED**:

1. Plaintiff's motion to withdraw (Doc. 275) is **granted**.

2.   The motions at Docs. 265 and 266 are **denied as moot**.

DATED this 29th day of December, 2010.

_____
David G. Campbell
United States District Judge